⬧AO   (Rev. 8/01 Judgment in a Criminal Case for Revocations)                                                                                       CC/jw

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi
### Jackson Division

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**JAN 10 2006**
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number:  3:05cr1TSLJCS-001 |
| ANN MICHELLE TATE | |
| | Defendant's Attorney:  Omodare Jupiter, Federal Public Defender |
| | 200 S. Lamar Street, Suite 100S |
| | Jackson, MS 39201   (601) 948-4284 |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Standard Conditions #2, #6, #7, Special Condition #2, and Mandatory Condition of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory and Standard Condition #7 | The offender failed to refrain from the use of a controlled substance in that she provided a urine sample on August 1, 2005, that subsequently tested positive for marijuana, as verified by Kroll Laboratory. | 08/01/2005 |

***SEE PAGE 2 FOR ADDITIONAL VIOLATIONS***

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's USM No.: _____

Defendant's Residence Address:

520 Clinton Raymond Road

Apartment E-1

Raymond, MS 39154

Defendant's Mailing Address:

Same as above

January 6, 2006
Date of Imposition of Judgment

/s/ _____
Signature of Judicial Officer

Tom S. Lee, United States District Judge
Name and Title of Judicial Officer

1/10/06
Date

AO 245D  (Rev. 8/01) Judgment in a Criminal Case for Revocations
Sheet 1— Reverse

Judgment—Page __2__ of __3__

DEFENDANT: TATE, Ann Michelle
CASE NUMBER: 3:05cr1TSLJCS-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition #6 | The offender failed to notify the U.S. Probation Officer within ten (10) days of being terminated, July 16, 2005, from her place of employment in Clinton, Mississippi. | 07/26/2005 |
| Special Condition #2 | The offender failed to participate in one-on-one drug treatment counseling with Marion Counseling Services on July 14, 2005, and July 26, 2005, and failed to provide an explanation or attempt to reschedule missed sessions. | 07/26/2005 |
| Standard Condition #2 and Special Condition #2 | The offender failed to report to the U.S. Probation Office and provide scheduled colorcode urine samples on July 25, 2005, and July 29, 2005. | 07/29/2005 |

AO 245D    (Rev. 8/01) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT:     TATE, Ann Michelle
CASE NUMBER:   3:05cr1TSLJCS-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **six (6) months. Supervised Release after this period of incarceration is not ordered.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL